IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHARGE ENTERPRISES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10349 (TMH) |
| ANDREW FOX,<br><br>Appellant,<br><br>v.<br><br>CHARGE ENTERPRISES, INC.,<br><br>Appellee. | C.A. No. 24-1424 (MN)<br>Bankr. BAP No. 24-0080 |

**ORDER**

At Wilmington, this 13th day of February 2025;

WHEREAS, on February 6, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 7) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before February 27, 2025 the parties shall submit a proposed briefing schedule.

_____
The Honorable Maryellen Noreika
United States District Judge